FILED
JAN 18 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANNY LEE FLECK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2390 |
| ) | |
| BALTIMORE SUN NEWSPAPER, ) | |
| ) | |
| Defendant. ) | |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that the application to proceed *in forma pauperis* is **GRANTED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED without prejudice** for lack of subject matter jurisdiction.

This is a final appealable order. *See* Fed. Rule App. P. 4(a)

_____
United States District Judge

DATE: 1-6-06