UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 18 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DANNY LEE FLECK, )
)
    Plaintiff, )
)
v. ) Civil Action No. 05-2390
)
BALTIMORE SUN NEWSPAPER, )
)
    Defendant. )
_____)

## MEMORANDUM OPINION

This matter comes before the Court upon review of Plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The application will be granted but the complaint will be dismissed because it fails to state a basis for federal court jurisdiction.

Plaintiff, a resident of the state of Maryland, brings this action against the defendant, a newspaper in Baltimore, Maryland. He alleges that the newspaper has published the false and slanderous statements of a Baltimore police officer. These statements alleged that plaintiff preyed on young girls that he met in Internet chat rooms.

Even when read with the liberal interpretation given to *pro se* complaints, *see Haines v. Kerner*, 404 U.S. 519, 520 (1972), the complaint does not allege any violation of federal law. The claim raised by plaintiff concern matters of state law. Because plaintiff's claim is not grounded in federal law, the only basis for this Court's jurisdiction would be diversity of citizenship, 28 U.S.C. § 1332(a). Plaintiff does not allege that he is a citizen of another state from that of all defendants. In fact, plaintiff states that both parties are residents of the state of Maryland. Accordingly, this Court lacks subject matter jurisdiction over plaintiff's complaint and it will be dismissed. An

appropriate order accompanies this Memorandum Opinion.

DATE: 1-6-06

_____
United States District Judge